UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
     :

KEVIN McKEOWN

          Plaintiff,                                 **ORDER**

     - against -                             08 Civ. 2391 (SAS)

THE STATE OF NEW YORK, et al.,

          Defendants.
------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      A review of the Court records indicates that the complaint in this action was filed on March 7, 2008, and that there is no proof of service of the summons and complaint on file. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice, as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

      The plaintiff is directed to have the summons and complaint promptly served on the defendant. If service is not made upon the defendant or plaintiff fails to show good cause why such service has not been effected by July 11, 2008, the Court will dismiss the action.

The Pro Se Clerk at the United States Courthouse, 500 Pearl Street, New York, New York 10007, telephone number (212) 805-0175, may be of assistance in connection with court procedures but cannot give legal advice.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            April 1, 2008

## - Appearances -

**Plaintiff (Pro Se):**

Kevin McKeown
P.O. Box 616
New York, NY 10156
(212) 591-1022