UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KEVIN MCKEOWN,

                Plaintiff,

  - against -

THE STATE OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------ X

ORDER

08 Civ. 2391 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

        The Court has received a proposed Order that would order defendants to show cause why the Court should not appoint a federal monitor to oversee operations of defendants Office of Court Administration and the State of New York's Departmental Disciplinary Committee, consolidate this action with certain other related actions, refer the matters raised by plaintiff to the Public Corruption Unit of the United States Attorney's Office for this district, and enjoin defendants from the destruction of relevant evidence.  The Court declines to issue such an Order at this time.  Appointment of a federal monitor would be premature given that plaintiff has not yet made even a preliminary showing of merit.  This Court declines to refer the matter to the United States Attorney's Office at this time.  Additionally, the Court presumes that defendants are aware of their obligation to

1

preserve relevant evidence. Further consideration of these or any issues related to the merits of this case must wait until after the resolution of an anticipated motion to dismiss.

Plaintiff's request to consolidate this case with certain others is denied at this time. However, the deadline for any defendant in this case to answer or move to dismiss is hereby extended to May 30, 2008. Plaintiffs' deadline to respond is June 30, 2008. Defendants' reply, if any, shall be submitted no later than July 14, 2008. The parties are cautioned that the restrictions on page limits and exhibits detailed in the Court's Individual Rules and Procedures are in effect, and memoranda of law that do not comply with these Rules will be rejected.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          May 1, 2008

## - Appearances -

**Plaintiff (Pro Se):**

Kevin McKeown
P.O. Box 616
New York, New York 10156

**For Defendant the State of New York:**

Monica Anne Connell
Assistant Attorney General
New York State Office of the Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8965