UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KEVIN MCKEOWN,

                Plaintiff,                **ORDER**

- against -                        08 Civ. 2391 (SAS)

STATE OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------ X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Plaintiff has moved for leave to serve and file an amended complaint. Plaintiff's request is granted. The Clerk of the Court is directed to close this motion (document no. 15 on the docket sheet).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
           May 23, 2008

## - Appearances -

**Plaintiff (Pro Se):**

Kevin McKeown
P.O. Box 616
New York, NY 10156
(212) 591-1022

**For McQuade & McQuade, Esqs.:**

Joseph F. McQuade, Esq.
McQuade & McQuade
104 E. 40th Street
New York, NY 10016
(212) 599-3644

**For Defendant State of New York:**

Anthony J. Tomari
Assistant Attorney General
New York State Attorney General
120 Broadway
New York, New York 10271
(212) 416-8553