UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
KEVIN MCKEOWN,

       Plaintiff,

- against -

THE STATE OF NEW YORK, *et al.*,

       Defendants.
------------------------------------------------- X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/30/08]

ORDER

08 Civ. 2391 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

    Plaintiff has requested leave to move for the Court to appoint pro bono counsel and for an Order directing the United States Marshals Service to serve his Amended Complaint on certain defendants. Plaintiff's request is denied at this time. However, plaintiff is granted leave to file these motions after the determination of the currently outstanding motion to dismiss.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            June 30, 2008

1

- Appearances -

**Plaintiff (Pro Se):**

Kevin McKeown
P.O. Box 616
New York, New York 10156

**For Defendant the State of New York:**

Anthony Tomari
Assistant Attorney General
New York State Office of the Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8965

**For Defendant McQuade & McQuade, Esqs.:**

Joseph F. McQuade, Esq.
McQuade & McQuade
104 E. 40th Street
New York, New York 10016
(212) 599-3644