

Kevin McKeown
P.O. Box 616
New York, New York 10156
212-591-1022 tel
212-591-6022 fax
kmck22333@aol.com

July 7, 2008   9:40am

Hon. Shira A. Scheindlin         *Via Facsimile Transmission 212-805-7920*
United States District Court Judge         *(Total pages: 1)*
United States District Court
500 Pearl Street
New York, New York 10007

**RE:**   **McKeown v. The State of New York, et al. (08cv2391)(SAS)**
      Request for one-week extension of time to file Attorney General opposition papers

Dear Judge Scheindlin:

      During the Friday, June 20, 2008, telephone conference, it was established that I would file and serve opposition to the motion to dismiss papers as follows: the Attorney General on July 7, 2008, and regarding Mr. McQuade, on July 14, 2008.

      The depth of my research, and the lack of law library access during the extended holiday weekend, prompts the herein request.

      I respectfully request a <u>one-week extension</u> upon which to file and serve my opposition to the Attorney General's motion to dismiss. Accordingly, I respectfully request that both sets of opposition papers be allowed to be filed and served on Monday, July 14, 2008.

      Thank you.

                                                   Respectfully submitted,

                                                   *Kevin McKeown*
                                                   Kevin McKeown

cc:   Anthony J. Tomari, Esq.   212-416-6009 fax
      Joseph F. McQuade, Esq.   212-599-3116 fax

*[Handwritten notation:] until July 14 to file all responses. Request granted. Plaintiff may have no further adjournments. So Ordered.*