```
┌─────────────────────────┐
│ USDC SD.. /             │
│ DOCUM... .              │
│ EL...      ...LY FILED  │
│ DOC #:                  │
│ DATE !    7/24/08       │
└─────────────────────────┘
```

JUDGE SCHEINDLIN
JUL 2 - 2008

Kevin McKeown
P.O. Box 616
New York, New York 10156
212-591-1022 tel
212-591-6022 fax
kmck22333@aol.com

July 23, 2008  1:40pm  55m

Hon. Shira A. Scheindlin
United States District Court Judge
United States District Court
500 Pearl Street
New York, New York  10007

*Via Facsimile Transmission 212-805-7920*
*(Total pages: 1)*

RE:   **McKeown v. The State of New York, et al. (08cv2391)(SAS)**
      Request to So Order Correction of entry dates of docket numbers 27 and 28

Dear Judge Scheindlin:

On July 15, 2008, I advised the court that on the preceding evening, July 14, 2008, I filed, in the above referenced proceeding, two sets of papers in Opposition to the Motions to Dismiss, along with affirmations of service.

I also respectfully brought to the Court's attention that the courtesy copies sent to chambers, as well as all other "stamped" papers, contained an incorrect "Received" date. (The Worth Street entrance 'time clock' stamped my papers with a July 13th date when, in fact, it was July 14th.)

As of this morning, the Pacer 08cv2391 Docket Sheet erroneously indicated filing dates of July 15th on docket numbers 27 & 28, instead of <u>July 14, 2008</u>. I make the herein request in good faith and at the suggestion of the *pro se* desk.

Accordingly, I respectfully request Your Honor to SO ORDER the DOCKETING CLERK to correct the filing dates of 08cv2391 docket numbers 27 and 28 to indicate filing dates of July 14, 2008.

Thank you.

*Plaintiff's Opposition Memorandum and Declaration are hereby deemed timely filed.*

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       July 23, 2008

Respectfully submitted,

*[signature]*
Kevin McKeown

cc:   Anthony J. Tomari, Esq.   212-416-6009 fax — 1:35 pm ✓
      Joseph F. McQuade, Esq.   212-599-3116 fax — 1:37 pm ✓